AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

LAMARR ROWELL,

    Petitioner,

V.

JACK PALMER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-cv-00044-RCJ-VPC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus (Document No. 4) is DENIED.

March 21, 2011

**LANCE S. WILSON**
Clerk

/s/ Katie Lynn Ogden
Deputy Clerk